UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY K. FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>SKY DINE, LLC,<br><br>Defendant. | Case No. CV-25-79-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT IN FAVOR OF DEFENDANT SKY DINE, LLC.

Dated this 6th day of October, 2026

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
Deputy Clerk